UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-cr-00142-D-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAMES ALVIN FISHER | ) | |
|      Defendant. | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 81 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

This the __3__ day of __January__, 2011.

_____
James C. Dever, III
United States District Judge