UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. James Alvin Fisher                               Docket No. 5:10-CR-142-3D

### Petition for Action on Supervised Release

COMES NOW Amir A. Hunter, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of James Alvin Fisher, who, upon an earlier plea of guilty to Conspiracy to Interfere with Commerce by Robbery; Possession of Firearms During and in Relation to a Crime of Violence and Aiding and Abetting, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on June 8, 2011, to the custody of the Bureau of Prisons for a term of 90 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

James Alvin Fisher was released from custody on November 03, 2017, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

In 1996, the defendant was charged with First Degree Rape and Indecent Liberties with a Child. Although those charges were dismissed pursuant to a plea agreement, the defendant was convicted of Assault on a Child under the Age of 12, Indecent Exposure, Contributing to a Delinquency of a Minor and False Imprisonment. Based on the nature of this offense, it is recommended that the defendant undergo a psycho-sexual evaluation to assess any risk related to this conduct. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall submit to a psycho-sexual evaluation by a qualified mental health professional who is experienced in evaluating sexual offenders and who is approved by the U.S. Probation Officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                           I declare under penalty of perjury that the foregoing
                                                 is true and correct.

/s/ Jeffrey L. Keller                            /s/ Amir A. Hunter
Jeffrey L. Keller                                Amir A. Hunter
Supervising U.S. Probation Officer               U.S. Probation Officer
                                                 310 New Bern Avenue, Room 610
                                                 Raleigh, NC 27601-1441
                                                 Phone: 919.861.8663
                                                 Executed On: December 1, 2017

James Alvin Fisher
Docket No. 5:10-CR-142-3D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __4__ day of __December__, 2017, and ordered filed and made a part of the records in the above case.

__/s/ J. Dever__
James C. Dever III
Chief U.S. District Judge